UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. David F. Daniels, Jr.                                    Docket No. 5:14-MJ-1945-1

**Petition for Action on Probation**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, David F. Daniels, who, upon an earlier plea of guilty to Level 5 Driving While Impaired, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on February 4, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 9, 2015, the defendant reported to the probation office and disclosed that he was diagnosed with combat-related Post-Traumatic Stress Disorder by the V.A. Medical Center prior to his discharge from the U.S. Army. He stated that he has struggled to receive the necessary treatment to date to address his on-going issues. In an effort to assist the defendant with treatment and possible medication, it is respectfully requested that his conditions of supervision be modified to include mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2536 |
| | Executed On: February 17, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __17th__ day of _____February_____, 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge